IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Plaintiffs,<br><br>vs.<br><br>LIMELIGHT NETWORKS, INC.,<br><br>Defendant. | Civil Action No. 06 CV 11109 RWZ |

**STIPULATION AND PROPOSED ORDER ESTABLISHING BRIEFING SCHEDULE REGARDING LIMELIGHT NETWORKS, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION FOR A NEW TRIAL**

Plaintiffs Akamai Technologies, Inc. and Massachusetts Institute of Technology ("Akamai"), and Defendant Limelight Networks, Inc. ("Limelight") (collectively, the "Parties") hereby submit this Stipulation and Proposed Order to establish a briefing schedule concerning Limelight's renewed motion for judgment as a matter of law ("Renewed JMOL") and motion for a new trial.

WHEREAS, on February 25, 2008, during the jury trial of this matter, Limelight filed a Motion for Judgment As a Matter of Law (Docket No. 271) and a Supplement to Its Motion for Judgment As a Matter of Law (Docket No. 274), and made oral JMOL Motions at the end of Plaintiffs' case and at the end of all of the evidence (collectively, the "Outstanding JMOL Motions").

WHEREAS, the Court reserved its ruling on the Outstanding JMOL Motions.

4308727v1

WHEREAS, on February 28, 2008, the jury returned a verdict in favor of Akamai finding, among other things, that claims 19-21 and 34 of the '703 patent are valid and infringed by Limelight and awarding Akamai damages.

WHEREAS, Limelight informed Akamai that it would file its Renewed JMOL motion and motion for a new trial.

WHEREAS, pursuant to Local Rule 7.1(B)(2), Akamai's oppositions to the Outstanding JMOL Motions would be due on March 10, 2008.

WHEREAS, the Parties have had discussions regarding the Outstanding JMOL Motions and a briefing schedule regarding Limelight's Renewed JMOL motion and motion for a new trial, and have agreed to the following:

1. Limelight's Outstanding JMOL Motions shall be deemed continued to be resolved as part of the Renewed JMOL motion, and Akamai shall not be required to file oppositions to the Outstanding JMOL Motions.

2. Limelight will file its Renewed JMOL motion and its motion for a new trial on or before March 14, 2008 and the memoranda in support of such motions on or before March 21, 2008.

3. Akamai will file its oppositions to Limelight's Renewed JMOL motion and motion for a new trial on or before April 11, 2008.

4. Limelight will move for leave to file replies in support of its Renewed JMOL motion and motion for a new trial, and attach thereto its proposed reply briefs, no later than April 18, 2008.

5. Akamai assents to Limelight's motion for leave to file replies in support of its Renewed JMOL motion and motion for a new trial.

6.  The Parties assent to any motions for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) that is filed in connection with Limelight's Renewed JMOL motion and motion for a new trial, Akamai's oppositions thereto and Limelight's proposed reply briefs.

| | |
|---|---|
| **AKAMAI TECHNOLOGIES, INC., and MASSACHUSETTS INSTITUTE OF TECHNOLOGY,** | **LIMELIGHT NETWORKS, INC.,** |
| By their attorneys: | By its attorneys: |
| /s/ G. Mark Edgarton<br>Robert S. Frank, Jr. (BBO #177240)<br>Carlos Perez-Albuerne (BBO# 640446)<br>G. Mark Edgarton (BBO #657593)<br>**Choate, Hall & Stewart LLP**<br>Two International Place<br>Boston, Massachusetts 02110<br>Telephone: (617) 248-5000<br>Facsimile: (617) 248-4000<br>medgarton@choate.com | /s/ Alexander F. MacKinnon<br>Robert G. Krupka (pro hac vice)<br>Alexander F. MacKinnon (pro hac vice)<br>**Kirkland & Ellis LLP**<br>777 South Figueroa Street<br>Los Angeles, California 90017<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br><br>Gael Mahony (BBO #315180)<br>Daniel K. Hampton (BBO #634195)<br>**Holland & Knight LLP**<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts, 02116<br>Telephone: (617) 523-2700<br>Facsimile: (617) 523-6850 |

Dated: March 10, 2008

IT IS SO ORDERED.

Dated: _____, 2008.

_____
Hon. Rya W. Zobel
United States District Judge